UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

VICTOR EMMANUEL CORDEIRO DE
SOUZA,

Petitioner,

v.

ANTONE MONIZ, et. al

Respondents.

No. 1:26-cv-10964-IT

## **STIPULATION FOR DISMISSAL**

Petitioner Eugene Castagliulo, through his undersigned counsel, and Respondents, through their attorney Leah B. Foley, United States Attorney for the District of Massachusetts, respectfully submit this stipulation for dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).Petitioner has informed his attorney that he no longer wishes to proceed with this litigation and does not oppose ICE's efforts to remove him, provided such removal can occur expeditiously. Respondents have informed Petitioner's counsel that, as soon as this Court's Order staying removal is lifted, ICE can transfer Petitioner out of Massachusetts to a facility for staging for removal as soon as this week and remove Petitioner the following week. Accordingly, the parties jointly request that the Court (1) dismiss this action with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and (2) vacate the Order at ECF No. 5 staying removal and prohibiting transfer. This stipulation is filed by Petitioner's counsel with the full knowledge and consent of Respondents.

Dated: June 8, 2026

Respectfully submitted,


Attorney for Petitioner
By: /S/ Eugene Castagliuolo
Eugene P. Castagliuolo
BBO# 104360
CSM Law Firm
1507 S. Hiawassee Rd., Ste. 212
Orlando, FL 32835

by: */s/ Erica McMahon*
Special Assistant United States Attorney
1 Courthouse Way, Suite 9200
Boston, MA 02210
Tel.: 617-748-3271
Email: Erica.McMahon@usdoj.gov


## LOCAL RULE 7.1 CERTIFICATION

I, Eugene P. Castagliuolo, hereby certify that pursuant to L.R. 7.1(a)(2), I conferred with Counsel for the Respondents who assents to this filing.

Dated: June 8, 2026,                    By:    */s/ Eugene Castagliuolo*
                                                Eugene Castagliuolo
                                                Attorney for the Petitioner


## CERTIFICATE OF SERVICE

I, Eugene Castagliuolo, Attorney for the Petitioner, hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF). Paper copies will be sent to those indicated as non-registered participants.


Dated: June 8, 2026                              */s/ Eugene Castagliuolo*
                                                 Eugene Castagliuolo
                                                 Attorney for the Petitioner